# EXHIBIT A

| COPYRIGHT REGISTRATION NO. | OWNER OF WORK |
|---|---|
| VAu000964097 | AUTOMOBILIA II, LLC |
| VAu000747993 | AUTOMOBILIA II, LLC |
| VA0000454258 | AUTOMOBILIA II, LLC |
| VAu000971821 | AUTOMOBILIA II, LLC |
| VAu000964097 | AUTOMOBILIA II, LLC |
| VAu000618404 | AUTOMOBILIA II, LLC |
| VAu000971660 | AUTOMOBILIA II, LLC |
| VAu000248255 | AUTOMOBILIA II, LLC |
| VAu000483774 | AUTOMOBILIA II, LLC |
| VAu000329303 | AUTOMOBILIA II, LLC |
| VAu000961490 | AUTOMOBILIA II, LLC |
| VAu000747993 | AUTOMOBILIA II, LLC |
| VA0000647827 | AUTOMOBILIA II, LLC |
| VAu000069227 | AUTOMOBILIA II, LLC |
| VA0000297600 | AUTOMOBILIA II, LLC |
| VA0000996980 | AUTOMOBILIA II, LLC |
| VAu000285961 | AUTOMOBILIA II, LLC |
| VA0000240810 | AUTOMOBILIA II, LLC |
| VAu000248255 | AUTOMOBILIA II, LLC |
| VAu000731654 | AUTOMOBILIA II, LLC |
| VAu000069227 | AUTOMOBILIA II, LLC |
| VAu000248255 | AUTOMOBILIA II, LLC |
| VA0000996980 | AUTOMOBILIA II, LLC |
| VA0000240810 | AUTOMOBILIA II, LLC |
| VAu001026931 | AUTOMOBILIA II, LLC |
| VA0000996981 | AUTOMOBILIA II, LLC |
| VAu000483774 | AUTOMOBILIA II, LLC |
| VAu000965654 | AUTOMOBILIA II, LLC |
| VAu000747393 | AUTOMOBILIA II, LLC |
| VA0000996980 | AUTOMOBILIA II, LLC |
| VA0000996981 | AUTOMOBILIA II, LLC |
| VAu000285960 | AUTOMOBILIA II, LLC |
| VAu000964097 | AUTOMOBILIA II, LLC |
| VAu000959351 | AUTOMOBILIA II, LLC |
| VAu000733646 | AUTOMOBILIA II, LLC |
| VAu000323075 | AUTOMOBILIA II, LLC |
| VAu000618404 | AUTOMOBILIA II, LLC |
| VAu000703178 | AUTOMOBILIA II, LLC |
| VA0000996980 | AUTOMOBILIA II, LLC |
| VAu000986864 | AUTOMOBILIA II, LLC |
| VAu000980001 | AUTOMOBILIA II, LLC |
| VAu000747993 | AUTOMOBILIA II, LLC |
| VAu000248255 | AUTOMOBILIA II, LLC |
| VAu001427960 | AUTOMOBILIA II, LLC |
| VAu000483774 | AUTOMOBILIA II, LLC |
| VAu000248250 | AUTOMOBILIA II, LLC |

| | |
|---|---|
| VAu000483774 | AUTOMOBILIA II, LLC |
| TXu002143087 | AUTOMOBILIA II, LLC |
| VAu000998127 | AUTOMOBILIA II, LLC |