# EXHIBIT B





























### Comments

Post a Comment

There are no comments for *1951 Buick Lesabre Concept*.   Click here to post the first comment.

## Photos.com
by Getty Images

SHOP   DISCOVER

Wall Art   Slim Aarons   Photographers   Collections   Subjects   Trends

Sign In

‹ Buick Metal Prints   |   Art / Photographs / 1951 Photographs

‹ PREV   NEXT ›

### 1951 Buick Lesabre Concept
by Car Culture

Canvas Print $94
Framed Print $142
Art Print $91

Acrylic Print $154
Metal Print $124
Wood Print $70

**Title**
1951 Buick Lesabre Concept

**Artist**
Car Culture

**Medium**
Photograph - Photographic

**Description**
Although the 1951 LeSabre concept car was a stylistic tour de force, it was also an engineering masterpiece, with advanced aluminum and magnesium construction. Other features included fuel injection, built-in hydraulic jacks, and a rain-activated top. It is estimated GM spent upwards of 10 million dollars producing this styling, engineering laboratory.

Image provided by Getty Images.

**Uploaded**
January 31st, 2019

**Statistics**
Viewed 26 Times - Last Visitor from Quezon City, F2 - Philippines on 04/24/2019 at 12:13 PM

**Colors**

**Embed**
<a href='https://photos.com/featured/19...

Preview

**Sales Sheet**
PDF

**Tags**
1951   california   buick   automotive
american culture   car   monterey bay
straight   carmel-by-the-sea   pebble
color image   usa   lawn   horizontal
concept car   pebble beach   retro style
sea   rear view   collector's car

**Image ID**
9944622



**COMPANY**
About
Contact
News
Start Shopping
Trade Program

**SHOP**
Canvas Prints
Framed Prints
Metal Prints
Acrylic Prints
Wood Prints
Art Prints

**HELP**
Contact Us
Frequently Asked Questions
Return Policy
Returns
Terms of Use
Privacy Policy

**STAY CONNECTED**
Sign up for our newsletter for exclusive deals, discount codes, and more.

**LOCATION SETTINGS**
Quezon City, F2 (Philippines)
Currency: USD ($)
Units: Centimeters

Copyright © 2019 photos.com - All Rights Reserved - Website Powered by Fine Art America / Pixels































































































































