UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GETTY IMAGES, INC.; and GETTY IMAGES (US), INC., <br><br> Petitioners, <br><br> v. <br><br> CAR CULTURE, INC., a Florida corporation; AUTOMOBILIA II, LLC, a Florida limited liability company, <br><br> Respondents. | No. <br><br> **DECLARATION OF VAUGHN BENCH IN SUPPORT OF PETITION TO COMPEL ARBITRATION** |

I, Vaughn Bench, declare as follows:

1. I am a Senior Royalty Operations Analyst at Getty Images (Seattle), Inc., a position I have held for six years. Getty Images (Seattle), Inc. provides support services to Getty Images, Inc. and Getty Images (US), Inc. (collectively,

///

///

///

"Getty Images"). I make this Declaration based upon personal knowledge and, if called to testify, could and would testify competently to the facts set forth herein.

2. In my capacity as an Operations Analyst, I regularly generate reports on revenue and royalty data, and am familiar with the computerized system used by Getty Images to record and store such data.

3. Attached as Exhibit A is a true and correct copy of a royalty statement covering the years 2019 and 2020 for Car Culture, Inc.

4. The amount of each payment to Car Culture, Inc. and the customer associated with each transaction have been redacted because that information is treated as proprietary and confidential business information by Getty Images (US), Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: June 21, 2022.

_____
Vaughn Bench

BENCH DECLARATION IN SUPPORT
OF MOTION TO COMPEL ARBITRATION
▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ – Page 2



# EXHIBIT A

## February 2019

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16447802-86024826 | 26-Feb-19 | Licensed Image | | Photos.com USA COO / Portal | Car Culture | 158642814 | car02caa12091086 | 158642814-1965 Cadillac DeVille Convertible Coupe | Printing / Reprographics | Retail -- poster | World Jan 01, 2019 to Jan 31, 2019 | WASHINGTON 100.00% | Photos.com - POD |

## March 2019

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16502209-86917710 | 26-Mar-19 | Licensed Image | | Photos.com USA COO / Portal | Car Culture | 73740013 | rtmocl0770307 | 73740013-1950 Dodge Coronet Sedan in Garden Way Motel Missou | Printing / Reprographics | Retail -- poster | World Feb 01, 2019 to Feb 28, 2019 | WASHINGTON 100.00% | Photos.com - POD |

## June 2019

| Image ID | Date | Type | Source | Category | Num1 | Code | Description | Topic | Channel | Period | Location | Share | Partner | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16707352-91384404 | 22-Jun-19 | Licensed Image | Pixels.com COO / Portal | Car Culture | 71814946 | rtcacl0010008 | 71814946-1966 Shelby GT 350 & 1966 Chevrolet Corvette Stingr | Politics / Religion | Retail -- poster | World Feb 08, 2019 to Feb 28, 2019 | CALIFORNIA | 100.00% | Partner Portal | ▓ |
| 16707307-91385461 | 22-Jun-19 | Licensed Image | Pixels.com COO / Portal | Car Culture | 72631204 | rtazcl0580079 | 72631204-Roys Motel, Cafe, and Gas on Route 66, East of Bars | Politics / Religion | Retail -- poster | World Mar 01, 2019 to Mar 31, 2019 | CALIFORNIA | 100.00% | Partner Portal | ▓ |
| 16707352-91384395 | 22-Jun-19 | Licensed Image | Pixels.com COO / Portal | Car Culture | 73739580 | chbccl0161463 | 73739580-1955 Chevrolet Bel Air Convertible at Bobs Big Boy | Politics / Religion | Retail -- poster | World Feb 08, 2019 to Feb 28, 2019 | CALIFORNIA | 100.00% | Partner Portal | ▓ |
| 16707352-91384398 | 22-Jun-19 | Licensed Image | Pixels.com COO / Portal | Car Culture | 73739989 | rtcacl0150189 | 73739989-1960 Lincoln Continental Mark V Convertible at Trad | Politics / Religion | Retail -- poster | World Feb 08, 2019 to Feb 28, 2019 | CALIFORNIA | 100.00% | Partner Portal | ▓ |
| 16707352-91384406 | 22-Jun-19 | Licensed Image | Pixels.com COO / Portal | Car Culture | 73740085 | stsccl0020120 | 73740085-1953 Studebaker Starliner Coupe at LAX Airport in L | Politics / Religion | Retail -- poster | World Feb 08, 2019 to Feb 28, 2019 | CALIFORNIA | 100.00% | Partner Portal | ▓ |
| 16707345-91386205 | 22-Jun-19 | Licensed Image | Pixels.com COO / Portal | Car Culture | 90441668 | prmocl0051376 | 90441668-1971 Porsche 908/03 | Politics / Religion | Retail -- poster | World Apr 01, 2019 to Apr 30, 2019 | CALIFORNIA | 100.00% | Partner Portal | ▓ |

## July 2019

| Image ID | Date | Type | Source | Category | Num1 | Code | Description | Topic | Channel | Period | Location | Share | Partner | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16771354-92389995 | 23-Jul-19 | Licensed Image | Pixels.com COO / Portal | Car Culture | 72630907 | fotccl0092113 | 72630907-1964 Ford Thunderbird Convertible | Politics / Religion | Retail -- poster | World Jun 01, 2019 to Jun 30, 2019 | CALIFORNIA | 100.00% | Partner Portal | ▓ |
| 16771368-92390669 | 23-Jul-19 | Licensed Image | Pixels.com COO / Portal | Car Culture | 73739580 | chbccl0161463 | 73739580-1955 Chevrolet Bel Air Convertible at Bobs Big Boy | Politics / Religion | Retail -- poster | World Jun 01, 2019 to Jun 30, 2019 | CALIFORNIA | 100.00% | Partner Portal | ▓ |
| 16771341-92389832 | 23-Jul-19 | Licensed Image | Pixels.com COO / Portal | Car Culture | 73739580 | chbccl0161463 | 73739580-1955 Chevrolet Bel Air Convertible at Bobs Big Boy | Politics / Religion | Retail -- poster | World May 01, 2019 to May 31, 2019 | CALIFORNIA | 100.00% | Partner Portal | ▓ |
| 16771372-92390713 | 23-Jul-19 | Licensed Image | Pixels.com COO / Portal | Car Culture | 72070777 | casccl0011056 | 72070777-1958 Cadillac Series 62 Coupe | Politics / Religion | Retail -- poster | World Jun 01, 2019 to Jun 30, 2019 | CALIFORNIA | 100.00% | Partner Portal | ▓ |
| 16771372-92390712 | 23-Jul-19 | Licensed Image | Pixels.com COO / Portal | Car Culture | 72071133 | pogccl0010343 | 72071133-1964 Pontiac GTO Convertible | Politics / Religion | Retail -- poster | World Jun 01, 2019 to Jun 30, 2019 | CALIFORNIA | 100.00% | Partner Portal | ▓ |

## August 2019

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16844644-94580204 | 27-Aug-19 | Licensed Image | Pixels.com COO / Portal | Car Culture | 84288232 | decocl0040009 | 84288232-1983 DeLorean Coupe | Politics / Religion | Retail -- poster | World Jul 01, 2019 to Jul 31, 2019 | CALIFORNIA | 100.00% | Partner Portal |
| 16844660-94580189 | 27-Aug-19 | Licensed Image | Pixels.com COO / Portal | Car Culture | 71814959 | rtmocl0200399 | 71814959-66 Park-in Theater | Politics / Religion | Retail -- poster | World Jul 01, 2019 to Jul 31, 2019 | CALIFORNIA | 100.00% | Partner Portal |
| 16844660-94580188 | 27-Aug-19 | Licensed Image | Pixels.com COO / Portal | Car Culture | 73739927 | ramicl0010064 | 73739927-Rosies Diner | Politics / Religion | Retail -- poster | World Jul 01, 2019 to Jul 31, 2019 | CALIFORNIA | 100.00% | Partner Portal |

## September 2019

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16910232-96019946 | 26-Sep-19 | Licensed Image | Pixels.com COO / Portal | Car Culture | 73739797 | mrklcl0100150 | 73739797-1929 Mercedes Benz SSKL | Politics / Religion | Retail -- poster | World Aug 01, 2019 to Aug 31, 2019 | CALIFORNIA | 100.00% | Partner Portal |

## November 2019

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16912677-97381090 | 08-Nov-19 | Licensed Image | Pixels.com COO / Portal | Car Culture | 73740032 | rtmmcl0940218 | 73740032-1959 Buick Electra 225 at the Continental Divide in | Politics / Religion | Retail -- poster | World Oct 01, 2019 to Oct 31, 2019 | CALIFORNIA | 100.00% | Partner Portal |
| 16952391-97102964 | 10-Nov-19 | Licensed Image | Pixels.com COO / Portal | Car Culture | 72071125 | olshcl0020667 | 72071125-1959 Oldsmobile Super 88 Holiday Sceni Coupe | Politics / Religion | Retail -- poster | World Sep 01, 2019 to Sep 30, 2019 | CALIFORNIA | 100.00% | Partner Portal |
| 16952391-97102963 | 10-Nov-19 | Licensed Image | Pixels.com COO / Portal | Car Culture | 72071142 | ranjcl0070078 | 72071142-Classic 1950s and 1960s cars in front of the Cozy D | Politics / Religion | Retail -- poster | World Sep 01, 2019 to Sep 30, 2019 | CALIFORNIA | 100.00% | Partner Portal |

## January 2020

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17129226-99578516 | 09-Jan-20 | Licensed Image | Pixels.com COO / Portal | Car Culture | 72070933 | dusscl0490583 | 72070933-1933 Duesenberg Model SJ Speedster with special con | Politics / Religion | Retail -- poster | World Dec 01, 2019 to Dec 31, 2019 | CALIFORNIA | 100.00% | Partner Portal |
| 17129236-99577792 | 09-Jan-20 | Licensed Image | Pixels.com COO / Portal | Car Culture | 90441938 | prskcl0010061 | 90441938-1939 Porsche 60K10 | Politics / Religion | Retail -- poster | World Dec 01, 2019 to Dec 31, 2019 | CALIFORNIA | 100.00% | Partner Portal |
| 17129239-99577734 | 09-Jan-20 | Licensed Image | Pixels.com COO / Portal | Car Culture | 82352675 | car06ch080610545 | 82352675-1960 Chevrolet Corvette | Politics / Religion | Retail -- poster | World Dec 01, 2019 to Dec 31, 2019 | CALIFORNIA | 100.00% | Partner Portal |
| 17129242-99577470 | 09-Jan-20 | Licensed Image | Pixels.com COO / Portal | Car Culture | 71814592 | milocl0270487 | 71814592-Gauges | Politics / Religion | Retail -- poster | World Dec 01, 2019 to Dec 31, 2019 | CALIFORNIA | 100.00% | Partner Portal |

## February 2020

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17206708-100912818 | 11-Feb-20 | X Culled Lic | Pixels.com COO / Portal | Car Culture | 90441697 | prcgcl0053447 | 90441697-1963 Porsche 356B/2000 GS Carrera 2 | Politics / Religion | CALIFORNIA | 100.00% | Partner Portal ███ |

## April 2020

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17354498-102849184 | 09-Apr-20 | X Culled Lic | Pixels.com COO / Portal | Car Culture | 73740065 | rttxcl0410255 | 73740065-The 1960 Cadillac Series 62 Convertible parked alon | Politics / Religion | CALIFORNIA | 100.00% | Partner Portal ███ |