Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GETTY IMAGES, INC.; and GETTY IMAGES (US), INC., <br><br> Petitioners, <br><br> v. <br><br> CAR CULTURE, INC., a Florida corporation; AUTOMOBILIA II, LLC, a Florida limited liability company, <br><br> Respondents. | No.  2:22-cv-0886-MJP <br><br> **STIPULATION AND JOINT MOTION TO HOLD DISCOVERY AND TRIAL SCHEDULING REQUIREMENTS IN ABEYANCE** <br><br> **NOTE ON MOTION CALENDAR: August 10, 2022** |

Pursuant to Local Rule 10(g), Petitioners Getty Images, Inc. and Getty Images (US), Inc. and Respondents Car Culture, Inc. and Automobilia II, LLC, by and through their respective counsel, hereby stipulate and jointly move that the Court enter an order holding discovery and trial scheduling requirements in abeyance pending the Court's consideration of the Petition to Compel Arbitration.

Petitioners commenced this action on June 23, 2022, by filing their Petition to Compel Arbitration (ECF 1).  Pursuant to 9 U.S.C. § 4, Petitioners seek an order compelling arbitration in Seattle.  The Petition is fully briefed and pending a ruling by the Court.

STIP. TO HOLD DISCOVERY & TRIAL SCHEDULING REQMTS IN ABEYANCE
No.  2:22-cv-0886-MJP – Page 1

SW WILSDON LAW
P.O. Box 5515
Carmel, California 93921
831.324.0627

On July 27, 2022, the Court issued an Order Regarding Initial Disclosures, Joint Status Report and Early Settlement (ECF 14).  That Order directs the parties to confer pursuant to FRCP 26(f), exchange initial disclosures, and prepare and file a joint status report and discovery plan.  Petitioners and Respondents respectfully submit that the discovery and trial scheduling requirements under FRPC 26 should not apply to the pending Petition.  On that basis, the parties request that those requirements be held in abeyance pending the Court's consideration of the Petition.

Dated:  August 10, 2022.

**ONE LLP**

/s/ Joanna Ardalan
Joanna Ardalan, *admitted pro hac vice*
400 Corporate Point, Suite 300
Culver City, California 90230
Telephone:  (310) 866-5157
jardala@onellp.com

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

/s/ R. Omar Riojas
R. Omar Riojas, WSBA No. 35400
925 Fourth Ave., Suite 3950
Seattle, WA 98104
Telephone:  (206) 452-0260
Email:  riojas@goldfarb-huck.com

*Attorneys for Respondents Car Culture, Inc. and Automobilia II, LLC*

**SCOTT WILSDON LAW**

/s/ Scott T. Wilsdon
Scott T. Wilsdon, WSBA No. 20608
P.O. Box 5515
Carmel, California 93921
Telephone:  831.324.0627
Email:  wilsdon@wilsdonlaw.com

**JAMNBACK LAW**

/s/ John H. Jamnback
John H. Jamnback, WSBA No. 29872
4701 S.W. Admiral Way,  #299
Seattle, WA 98116
Telephone:  206.949.1549
Email:  jhjamnback@jamnbacklaw.com

*Attorneys for Petitioners Getty Images, Inc. and Getty Images (US), Inc.*

STIP. TO HOLD DISCOVERY & TRIAL SCHEDULING REQMTS IN ABEYANCE
No.  2:22-cv-0886-MJP – Page 2

WILSDON LAW
P.O. Box 5515
Carmel, California 93921
831.324.0627

1

2   IT IS SO ORDERED

3

4   Dated this 10th day of August, 2022.

5

6

7   Honorable Marsha J. Pechman
    United States Senior District Judge

8

9

10  Presented by:

11  */s/ Scott T. Wilsdon*
    Scott T. Wilsdon, WSBA No. 20608
12  P.O. Box 5515
    Carmel, California 93921
13  Telephone:  831.324.0627
    Email:  wilsdon@wilsdonlaw.com
14

15  */s/ John H. Jamnback*
    John H. Jamnback, WSBA No. 29872
16  4701 S.W. Admiral Way,  #299
    Seattle, WA 98116
17  Telephone:  206.949.1549
    Email:  jhjamnback@jamnbacklaw.com
18
    *Attorneys for Petitioners Getty Images, Inc.
19  and Getty Images (US), Inc.*

20

21

22

23

24

25

26

27

28  STIP. TO HOLD DISCOVERY & TRIAL
    SCHEDULING REQMTS IN ABEYANCE
    No.  2:22-cv-0886-MJP – Page 3



P.O. Box 5515
Carmel, California 93921
831.324.0627